In the Matter of Supplementary Proceedings: NATHANIEL F. SCHMIDT, Judgment Creditor, v. GEORGE A. LAVELLE, Judgment Debtor.

Supreme Court, Appellate Term, First Department, February 5, 1926.

Executions — supplementary proceedings — examination of judgment debtor — judgment debtor had no place of business or residence in New York county — order for examination void under Civil Practice Act, § 787.

An order requiring the judgment debtor herein to appear for examination in New York county, in which it is conceded that he has no place of business or residence, is contrary to section 787 of the Civil Practice Act, and must be reversed.

APPEAL by judgment debtor from an order of the City Court of the City of New York, denying his motion to vacate a previous order requiring the judgment debtor to show cause why he should not be punished for contempt for failing to obey an order requiring him to appear to be examined in supplementary proceedings at the City Court House in the borough of Manhattan, pursuant to an order requiring such appearance.

*Daniel J. Murphy*, for the judgment debtor.

*Coban & Berman [Alexander Berman* of counsel], for the judgment creditor.

PER CURIAM. The judgment debtor has concededly no place of business or residence in the county of New York, but is a resident of Bronx county. The order requiring him to appear for examination in the county of New York was, therefore, void as in violation of section 787 of the Civil Practice Act.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

All concur; present, BIJUR, DELEHANTY and WAGNER, JJ.